[Nos. 19333-7-II; 20021-0-II.   Division Two.   June 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVE
LEROY SPEAKMAN, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
RAYMOND WHIPPLE, *Appellant.*

Appeals from judgments of the Superior Court for Pierce County, Nos. 94-1-01328-1, 95-1-00261-9, Arthur W. Verharen and Brian M. Tollefson, JJ., entered March 20 and October 5, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 19931-9-II.   Division Two.   June 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ASHOK
BHAUANJI VARMA, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 95-1-00184-9, George L. Wood, J., entered September 1, 1995. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 20098-8-II.   Division Two.   June 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON
DAVID CHARFAUROS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 95-8-01541-4, Frederick B. Hayes, J., entered October 10, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Morgan, J.